IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00074

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARION COX | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for jail credit. (Doc. No. 63).

In the motion, the defendant requests that the Court order credit for time that he spent in state custody on state charges that were later brought in federal court. It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F.3d 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the sentencing credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement. Id.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion to received jail credit (Doc. No. 63) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 4, 2015

Robert J. Conrad, Jr.
United States District Judge